**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Yu Wang, )<br>)<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>The Partnerships and )<br>Unincorporated )<br>Associations Identified )<br>on Schedule "A", )<br>      Defendants. ) | Case No. 1:25-cv-09563 |

**<u>Schedule A (Sealed)</u>**